**Marlon Alphanso BROWN, Petitioner**

v.

**Peter D. KEISLER, Acting U.S. Attorney General, Respondent.**

No. 07–60037

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2007.

Marlon Alphanso Brown, Federal Detention Center Oakdale, Oakdale, LA, for Petitioner.

Thomas Ward Hussey, Director, Robert N. Markle, John Clifford Cunningham, U.S. Department of Justice Office of Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Trey Lund, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, for Respondent.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Marlon Alphanso Brown petitions this court for review of an order from the Board of Immigration Appeals (BIA) that adopted and affirmed the Immigration Judge's decision that Brown was removable pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii), (a)(2)(B)(i). Citing former 8 U.S.C. § 1432, Brown argues that he is a United States citizen based on his mother's naturalization in 1984, when Brown was age seventeen. Brown argues that the BIA erred in determining that he did not meet the requirements of § 1432 because his parents were not legally separated at the time of his mother's naturalization. Brown has shown no error in connection with the BIA's order. *Nehme v. INS,* 252 F.3d 415, 425–27 (5th Cir. 2001). The petition for review is DENIED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

